IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MAXIMINO VELEZ, ID # 1439844**, § | |
| § | |
| Petitioner, § | |
| v. § | Civil Action No. **3:10-CV-1427-L** |
| § | |
| **RICK THALER, Director**, § | |
| **Texas Department of Criminal Justice**, § | |
| **Correctional Institutions Division**, § | |
| § | |
| Respondent. § | |

## ORDER

Before the court is Petitioner Maximino Velez's Motion to Alter or Amended Judgment, filed June 1, 2012. The motion was referred to Magistrate Judge Irma Carrillo Ramirez, who entered Findings, Conclusions, and Recommendation ("Report") on December 23, 2011. Petitioner did not file objections to the Report. Magistrate Judge Ramirez determined that this action is time-barred by the statute of limitations, and extraordinary circumstances do not exist to support equitable tolling. Having reviewed the motion, file, record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Petitioner Maximino Velez's Motion to Alter or Amended Judgment.

**It is so ordered** this 25th day of January, 2012.

Sam A. Lindsay
United States District Judge

Order – Solo Page